United States District Court
for the District of New Jersey

_____

**TRISTA A. RAGAISIS**

        Plaintiff

        vs.

**ORGANON USA, ET AL.**

        Defendant
_____

Civil No. 09-3223

Order of Reassignment

It is on this 6th day of August 2009,

O R D E R E D that the entitled action is reassigned

from Judge Harold A. Ackerman to Judge Susan D. Wigenton

                                             S/Garrett E. Brown, Jr.
                                    Garrett E. Brown, Jr., Chief Judge
                                    United States District Court